4:08cv2346

## Case Law, PLLC
2203 Timberloch Place, Suite 100
The Woodlands, TX 77380
(281) 296-5752  (tel)
(281) 419-3599  (fax)

September 2, 2008

United States District Court
Southern District of Texas
FILED

SEP 0 4 2008

Michael N. Milby, Clerk

U.S. District Clerks Office
515 Rusk Ave
5th Floor, Suite 5300
Houston, Texas 77002

Re:   *Sergio Robles, Individually v. City of Santa Fe, Officer Eric Brus and Officer John Gates.*

Dear Sir or Madam:

Enclosed is an attachment that I would like to have filed to the Petition, Sergio Robles v. City of Santa Fe Officer Eric Brus and Officer John Gates, as an exhibit.

If you have any further questions please contact my office. Thank you for your timely attention to this matter.

Sincerely,

**CASE LAW, P.L.L.C.**


By: _/s/ Kelly W. Case_
Kelly W. Case
Texas State Bar No.: 03954070
Admitted, United States Fifth Circuit Court of Appeals
2203 Timberloch Place, Suite 100
The Woodlands, TX 77380
kwcase@caselawpllc.com
(281) 296-5752
(281) 419-3599 (fax)
713-882-8826 (mobile)
ATTORNEY IN CHARGE FOR PLAINTIFF
Sergio Robles